```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION
```

LISA RAWSON, et al.,            )
                                )
            Plaintiffs,          )
                                )
      v.                         )    No.  4:11CV370 FRB
                                )
MARIANNE KLEMM, D.O., et al.,   )
                                )
            Defendants.          )

### ORDER

The plaintiffs having not objected or otherwise responded to defendants Marianne Klemm, D.O., and Great Mines Health Center's Motion to Dismiss and for Substitution of the United States of America as Defendant,

**IT IS HEREBY ORDERED** that defendants Marianne Klemm, D.O., and Great Mines Health Center's Motion to Dismiss and for Substitution of the United States of America as Defendant (Doc. #4) is granted.

**IT IS FURTHER ORDERED** that the United States of America shall be substituted for Marianne Klemm, D.O., and Great Mines Health Center as proper party defendant, and Klemm and Great Mines are hereby dismissed from this cause with prejudice.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this  _9th_  day of August, 2011.