```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION

LISA RAWSON, et al.,            )
                                )
          Plaintiffs,           )
                                )
    v.                          )  Case No.  4:11CV370 FRB
                                )
UNITED STATES OF AMERICA,       )
                                )
          Defendant.            )
```

### ORDER

This cause is before the Court, <u>sua sponte</u>, upon review of the file.  All matters are pending before the undersigned United States Magistrate Judge, with consent of the parties, pursuant to 28 U.S.C. § 636(c).

This cause was referred to Alternative Dispute Resolution (ADR) - Mediation, and an ADR conference was held on July 17, 2012. In accordance with Local Rule 6.05(B), designated neutral Jerome A. Diekemper filed with the Court an ADR Compliance Report wherein he reported that the parties achieved a settlement at the conference.

Accordingly, in light of the reported settlement of the cause,

**IT IS HEREBY ORDERED** that this cause is passed for settlement to **August 22, 2012.**

**IT IS FURTHER ORDERED** that this matter is removed from this Court's trial docket of March 4, 2013.

**IT IS FURTHER ORDERED** that, not later than **August 22, 2012,** the parties shall file with the court a written settlement

agreement, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.  Failure to timely comply with this Order without good cause shown shall result in the dismissal of this action with prejudice.

_/s/ Frederick R. Buckles_
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of July, 2012.